PER CURIAM.
 

 Affirmed. See Robinson v. State,
 
 373 So.2d 898 (Fla.1979). In this appeal pursuant to
 
 Anders,
 

 [1]
 

 Appellant’s pro se brief raises issues of an involuntary plea which were not preserved for appeal by the filing of a motion to withdraw his plea. This affirmance is without prejudice to Appellant’s right to assert such issues in a timely and sufficient rule 3.850 motion for post-conviction relief.
 

 GROSS, C.J., STEVENSON and LEVINE, JJ., concur.
 

 [1]
 

 .
 
 Anders v. California,
 
 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).